# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7114**             **September Term, 2006**

06cv00862

**Filed On:**

Victoria L. Schu,
    Appellant

v.

M.L.K. Jr. Memorial Library,
    Appellee



DEC 1 1 2006

### ORDER

By order filed October 25, 2006, appellant was ordered to show cause why this appeal should not be dismissed as untimely. Appellant's response was due November 24, 2006. To date, no response has been received. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Mark Butler
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 1/19/07
BY: /s/ Deputy Clerk
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: /s/ Deputy Clerk